UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ALLEN F. CALTON,**
**INSTITUTIONAL ID NO. 01123880,**

   Plaintiff,

v.   No. 4:23-cv-1194-P

**THOMAS WILDER, ET AL.,**

   Defendants.

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Plaintiff's complaint is **DISMISSED** for lack of jurisdiction. *See* FED. R. CIV. P. 58.

**SO ORDERED** on this **15th day** of **July 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE